UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
**ENTERED**

**AUG 1 1 2015**

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | CASE. NO. B-15-cr-596-1 |
| **JOSE ALBERTO JUAREZ** | § | |

## ORDER STRIKING DOCUMENT

Defendant Juarez's Pretrial Motions, Dkt. No. 31, 32, and 33 have been filed in this case by counsel; however, they are deficient as checked. (L.R. refers to the Local Rule of this District).

1. \_\_\_\_\_ Complaint lists more than one attorney, but does not designate the attorney-in-charge (LR 11.1).

2. \_\_\_\_\_ Filing is not signed by, or by permission of, the attorney-in-charge. (LR 11.3).

3. \_\_\_\_\_ One or more of the following are not included beneath the attorney's signature:
   (a) state bar number; or
   (b) Southern District of Texas Federal Bar Number; or
   (c) office address including zip code; or
   (d) telephone and facsimile numbers with area codes (LR 11.3(A)).

4. \_\_\_\_\_ A copy of the filing was not provided (LR.5.2).

5. \_\_\_\_\_ No certificate of service, or an explanation why service is not required (LR 5.4, CrLR 12.4)

6. ✔ No certificate of conference, and the motion is not a motion to dismiss, a motion for summary judgment, a motion for a more definite statement, or a motion to strike (LR 7.1(D), CrLR 12.2)

7. \_\_\_\_\_ Motion is unopposed, and does not state "unopposed" in its caption (LR 7.2, CrLR 12.2).

8. \_\_\_\_\_ A separate proposed order was not attached (LR 7.1, CrLR 12.2).

9. \_\_\_\_\_ **Other:**

This document is stricken from the record.

Date: August 11, 2015

Ronald G. Morgan
United States Magistrate Judge