IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

UNITED STATES OF AMERICA

V.                                                          Case No. 1:15-CR-0596-1

JOSE ALBERTO JUAREZ

MOTION FOR LEAVE TO FILE MOTION FOR DISCOVERY LATE

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes JOSE ALBERTO JUAREZ, Defendant in the above styled and numbered cause, and files this Motion. In support of this motion, JOSE ALBERTO JUAREZ would show the Court as follows:

Counsel was unable to file in time since the office was having technical issues.

**WHEREFORE, PREMISES CONSIDERED**, JOSE ALBERTO JUAREZ moves that this Court grants this Motion for Leave to File Motion for Discovery Late.

Respectfully submitted,

Fred A. Kowalski
902 East Madison Street
Brownsville, Tx 78520
Tel: (956) 544-1811
Fax: (956) 504-3891

Respectfully Submitted,

s/FRED A. KOWALSKI
FRED A. KOWALSKI
Texas State Bar Number: 24010914
Federal ID: 25490

902 East Madison Street
Brownsville, Tx 78521
Telephone:  (956) 544-1811
Fax:  (956) 504-3891

Attorney for the Defendant,
NINFA SAUCEDA

## **CERTIFICATE OF SERVICE**

This is to certify that on August 20,2015, a true and correct copy of the above and foregoing document was served to Assistant United States.

s/ FRED A. KOWALSKI
Fred A. Kowalski

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

UNITED STATES OF AMERICA

V.                                                                              Case No. 1:15-CR-0596-1

JOSE ALBERTO JUAREZ

**1.**
**ORDER ON DEFENDANT JOSE ALBERTO JUAREZ'S**
**MOTION FOR LEAVE TO FILE MOTION FOR DISCOVERY LATE**

Defendant JOSE ALBERTO JUAREZ's Motion for Leave to File Motion for Discovery Late is hereby:

_____        GRANTED

_____        DENIED

Signed in BROWNSVILLE, Texas on this the _____ day of _____, 2015.

_____
United States District Judge